# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| United States )<br>*Plaintiff* )<br>v. )<br>Celio DeLuna )<br>*Defendant* ) | Case No.  24-mj-03 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case from the FDSW, Inc. as counsel for:

Celio DeLuna.

Date: 01/11/2024

/s/ Craig W. Albee
*Attorney's signature*

Craig W. Albee, Wis. Bar 1015752
*Printed name and bar number*

Federal Defender Services of Wisconsin, Inc.
411 East Wisconsin Avenue, Suite 2310
Milwaukee, WI  53202
*Address*

craig_albee@fd.org
*E-mail address*

(414) 221-9900
*Telephone number*

(414) 221-9901
*FAX number*